KEITH H.S. PECK          6825-0
112 Gemini
Irvine, CA 96218
Telephone: (808) 384-7325
Facsimile: (877) 570-1233
E-Mail:    supervising@advocacy-project.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| J.I., individually and on behalf of her minor child, L.J.,<br><br>    Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, STATE OF HAWAII, and KEITH T. HAYASHI, superintendent of the Hawaii Public Schools,<br><br>    Defendants. | Civil No._____<br> (Other Civil Action)<br><br>**COMPLAINT** |

# COMPLAINT

Plaintiff J.I., individually and on behalf of her minor child, I.J., by and through his attorney, hereby alleges and avers as follows:

## I. INTRODUCTION

1. On or about June 2, 2023, Plaintiffs prevailed in an administrative hearing held pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§1400, *et seq.*; 34 C.F.R. 300.1, *et seq.*; Hawaii Administrative Rules ("HAR") Chapter 8-60; and Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794.

2. The case number assigned to the administrative complaint was DOE-SY2223-013 and DOE-2223-019 and the cases were consolidated.

3. Plaintiff's counsel has attempted provided Defendant with an invoice, however Defendant has made it clear that the hourly rate Plaintiffs seek is not agreeable.

4. This case is filed to preserve the rights of Plaintiffs to pursue attorneys' fees.

## II. JURISDICTION AND VENUE

5. This Court has jurisdiction in this action pursuant to 20 U.S.C. § 1415(i)(2) and H.A.R. § 8-60-70(a).

6. This action arose in the District of Hawaii, and venue is proper in Hawaii.

### III. PARTIES

7. Plaintiff J.I. and L.J. are residents of the County of Maui, State of Hawaii.

8. Defendant is the Department of Education, a political subdivision and the educational agency of the State of Hawaii, which implements the State's Special Education Program pursuant to the IDEA.

### V. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that this Court find and order as follows:

1. Plaintiffs are entitled to reasonable attorneys' fees under the decision of June 2, 2023, at an hourly rate above $300,00 per hour.

2. Plaintiffs are entitled to the reasonable attorneys' fees and costs in pursuit of their attorneys' fees and costs in this instant litigation;

3. Such other and additional relief deemed just and necessary by this Court.

DATED: Irvine, CA. June 13, 2023.

                                        **_s/ Keith H.S. Peck_____**
                                        KEITH H.S. PECK

                                        Attorney for Plaintiffs