KEITH H.S. PECK 6825-0

LEGALACTION ALC
112 Gemini
Irvine, CA 92618
Telephone: (877) 570-7333
Facsimile: (877) 570-1233
E-Mail: superving@advocacy-project.com

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| J.I., individually and on behalf of her minor child, L.J.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DEPARTMENT OF EDUCATION, STATE OF HAWAII and KEITH T. HAYASHI, in his official capacity as Superintendent of the State of Hawaii, Department of Education,<br><br>　　　　　Defendants, | Civil No. 23-00251-LEK-RT<br>(Other Civil Action)<br><br>VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

# STIPULATION OF VOLUNTARY DISMISSAL
# PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiffs voluntarily dismiss this instant action pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Complaint in this action was never served upon Defendant.

    a. This dismissal is with prejudice;

    b. the parties to bear their own fees and costs;

    c. there are no remaining claims;

    d. No answer or motion for summary judgment has been filed;

DATED: Irvine, CA, August 2, 2023.

_s/ Keith Peck_____
KEITH H.S. PECK

Attorney for Plaintiffs

APPROVED AS TO FORM:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge